UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Willy Sundjaja,

    Plaintiff(s),

v.

AIG Commercial Insurance Agency,

    Defendant(s).

_____/

CASE NO. C 09-3189 CW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

1. The parties have agreed to mediate this case privately before Antonio Piazza of Gregorio, Haldeman, Piazza, Rotman, Frank & Feder.

2. The parties agree to do so within 150 days from the date the Court enters its order referring this case to private mediation.

3. Mr. Piazza's experience in similar cases makes him the parties' first choice, but his other commitments make it difficult to get on his calendar. The parties have currently reserved January 21, 2010, for their mediation.

Dated: 10/2/09

    _____
    Attorney for Plaintiff

Dated: 10/2/2009

    /s/ Rishi N. Sharma
    Attorney for Defendant

IT IS SO ORDERED.

Dated: 10/6/09

    _____
    UNITED STATES DISTRICT JUDGE

LEGAL_US_W # 62818183.5