1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   ELENA R. BACA (Cal. State Bar No. 160564)
2  515 South Flower Street, 25th Floor
   Los Angeles, California  90071-2228
3  Telephone: (213) 683-6000
   Facsimile:  (213) 627-0705
4  elenabaca@paulhastings.com

5  RISHI N. SHARMA (Cal. State Bar No. 239034)
   55 Second Street, 24th Floor
6  San Francisco, California  94105-3441
   Telephone: (415) 856-7000
7  Facsimile:  (415) 856-7100
   rishisharma@paulhastings.com
8
   Attorneys for Defendant
9
   CLARK & MARKHAM LLP
10 DAVID R. MARKHAM (Cal. State Bar No. 71814)
   R. CRAIG CLARK (Cal. State Bar No. 129219)
11 JAMES M. TREGLIO (Cal. State Bar No. 228077)
   LAURA M. COTTER (Cal. State Bar No. 259445)
12 600 B Street, Suite 2130
   San Diego, California  92101
13 Telephone: (619) 239-1321
   Facsimile:  (619) 239-5888
14 jtreglio@clarkmarkham.com
   lcotter@clarkmarkham.com
15
   Attorneys for Plaintiff
16

17                UNITED STATES DISTRICT COURT

18             FOR THE NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| WILLY SUNDJAJA an individual, on behalf of himself, and all persons similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>AIG COMMERCIAL INSURANCE AGENCY, INC., a New Jersey Corporation authorized to do business in the State of California, and DOES 1 through 100, Inclusive<br><br>   Defendants. | Case No. C-09-3189 CW<br><br>**STIPULATED REQUEST TO ADJOURN CASE MANAGEMENT CONFERENCE**<br><br>Date: July 1, 2010 at 2:00 p.m. |

1

2   WHEREAS, in its October 22, 2009 Case Management Order, the Court set this case for a
3   Case Management Conference on July 1, 2010, at 2:00 p.m.;

4

5   WHEREAS, on June 1, 2010, the parties fully executed a formal settlement agreement
6   resolving this wage and hour class action; and

7

8   WHEREAS, Plaintiff's counsel will file a motion seeking the Court's preliminary
9   approval of that settlement not later than July 21, 2010;

10

11   Subject to the Court's approval, the parties stipulate to adjourn the July 1, 2010 Case
12   Management Conference.

13

14   DATE: June 29, 2010          PAUL, HASTINGS, JANOFSKY & WALKER LLP

15                                By: /S/ Elena R. Baca
                                      Attorneys for Defendant
16                                    AIG Commercial Insurance Agency, Inc.

17

18   DATE: June 29, 2010          CLARK & MARKHAM LLP
                                  HOFFMAN & LAZEAR
19                                UNITED EMPLOYEES LAW GROUP

20                                By: /S/ Laura M. Cotter
                                      Attorneys for Plaintiff Willy Sundjaja

21

22

23   **PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Case Management Conference is continued to September 9, 2010 at 2 p.m.**

24

25   [signature]

26   Dist. Judge C. Wilken

27   Date: June 30, 2010

28